IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| MONIQUE LEBLANC AND KEVIN LEBLANC, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:10-CV-54 |
| JOSEPH T. WALKER, | ) ) | |
| Defendant. | ) | |

## ORDER

      This civil action is before the court on the report and recommendation [doc. 30] filed by United States Magistrate Judge Dennis Inman on August 30, 2011. There have been no timely objections filed to the report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ P. 72(b).

      Pursuant to Federal Rule of Civil Procedure 72(b), the court has conducted *a de novo* review of this matter. The court has reviewed the report and recommendation and all relevant pleadings in the record, and it is in agreement with the conclusion reached by the magistrate judge. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is accordingly **ORDERED** that the "Motion for Sanction of Dismissal of Case" [doc. 25] and "Amended Motion for Sanction of Dismissal of Case" [doc. 27] filed by defendant are **GRANTED**. This civil action is **DISMISSED**.

        **IT IS SO ORDERED**.

Entered as a judgment.

s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT

ENTER:

        s/ Leon Jordan
        United States District Judge